ORIGINAL

#068521

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | | |
|---|---|---|---|
| JOHN J. VIGLIOTTA, et al., Plaintiffs, | § § | | FILED AUG 28 2008 U.S. COURT OF FEDERAL CLAIMS |
| | § | DOCKET NO. 02-13 | |
| vs. | § § | Judge Block | |
| UNITED STATES OF AMERICA Defendant. | § § § | | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs John J. Vigliotta and Linda E. Vigliotta in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment that was entered against them in the above named action on April 18, 2008, pursuant to *Prati v. United States*, 81 Fed.Cl. 422 (2008) and subsequent proceedings in *Prati v. United States*, Fed.Cl. 02-60.

Respectfully submitted,

Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

**CERTIFICATE OF SERVICE**

A copy of the forgoing notice of appeal was served on counsel for the United States by U.S. Mail on August 27, 2008, at the following address:

Mr. Bart D. Jeffress
United States Department of Justice
Tax Division, Court of Federal Claims Section
P.O. Box 26
Benjamin Franklin Post Office
Washington, DC 20044

Sallie W. Gladney